In the Name of ALLAH

so call judge                                                Slave of ALLAH
Michael Hegarty                                      Zacarias Moussaoui
06/21/19                                                    so call 20th Hijacker

Subject: Moussaoui and Captain Ricoloco plot to kill me.

For the record today Captain Ricoloco move me by force of Death threat with his "Death Team" in the unit for extraction to a cell in the main Unit where I can easely be kill by an "inmate" if and when the control open the "wrong door". Indeed as I was explain by guard if the "wrong" door open they have no obligation to restrict the "inmate" only to care for their own safety. Just like James Beulger the BOP will kill me and blame the "inmate." Taking account that you have done nothing to legaly supervise the various psychological Torture and death threat against me to stop me to testify about the 9/11 CIA/Saudi Attack. This letter is for the record.

Slave of ALLAH
Zacarias Moussaoui

PS. Also after I disclose to you in person and meeting that I meet the Iman Suaib, Bro Abdelkader, Bro Omar, the drug cocktail poison six percent (Sodom & Gomorian) in Oklahoma you apparently took No action to inform me my appeal to the Court of Appeal regarding rejection of my plea to DJ Shon Erwin.

So it is clear that you are 100% part of the 9/11 CIA/Saudi Cover-up.

ZM.

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -1 2019

JEFFREY P. COLWELL
CLERK

'19 - CV - 01911

Name: LLO USSAOUI   19-5142185y-0626.mo-0y9
Reg No: 56527-055
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

Hon. Michael E. Hegarty
US Magistrate Judge
Alfred A. Arroy, United States Central~~Bothereeder~~ Courthouse
901 19th Street, Denver Colorado
80294-3589.

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DATE: 6/28/19

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.